# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **ERLINDA TENORIO and ABEL TENORIO,** § § § | |
| **Plaintiffs,** § § | |
| v. § § | **CIVIL ACTION NO:** 17-1116 |
| **THE CITY OF KYLE, TEXAS and UNION PACIFIC RAILROAD COMPANY,** § § § § § | |
| **Defendants.** § | |

## INDEX OF DOCUMENTS FILED WITH NOTICE OF REMOVAL

1. The State Court Docket Sheet as of 11/27/17;

2. Copies of all process, pleadings, orders, and other papers filed in the State Court Action and obtained by Union Pacific;

   a. Plaintiffs' Original Petition and Jury Demand (filed 10/26/17); and

   b. Citation to Defendant Union Pacific Railroad Company.

The state judge has not signed any orders.

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back                   Location : All Courts   Help

# REGISTER OF ACTIONS
### CASE NO. 17-2263

| | |
|---|---|
| ERLINDA TENORIO AND ABEL TENORIO VS. THE CITY OF KYLE, TEXAS AND UNION PACIFIC RAILROAD COMPANY § § § § § | Case Type: **Other Injury or Damages**<br>Date Filed: **10/26/2017**<br>Location: **207th District Court** |

---

**PARTY INFORMATION**

|  |  |  | **Lead Attorneys** |
|---|---|---|---|
| **Defendant** | **City of Kyle**<br>100 W. Center St.<br>Kyle, TX 78640 | | |
| **Defendant** | **Union Pacific Railroad Company**<br>1999 Bryan St., Ste. 900<br>Dallas, TX 75201 | | |
| **Plaintiff** | **Tenorio, Abel**<br>101 Tenorio St<br>Kyle, TX 78640 | Male | **Gary A Calabrese**<br>*Retained*<br>512/472-9394(W) |
| **Plaintiff** | **Tenorio, Erlinda**<br>101 Tenorio St.<br>Kyle, TX 78640 | Female | **Gary A Calabrese**<br>*Retained*<br>512/472-9394(W) |

---

**EVENTS & ORDERS OF THE COURT**

**OTHER EVENTS AND HEARINGS**
| | | | |
|---|---|---|---|
| 10/26/2017 | **Court's Docket Sheet** | | |
| 10/26/2017 | **Plaintiffs Original Petition (Open Case)** | | |
| 10/27/2017 | **Citation** | | |
| |    City of Kyle | Served | 11/09/2017 |
| |    Union Pacific Railroad Company | Served | 11/06/2017 |
| 11/14/2017 | **Affidavit of Service/Return Of Service** | | |
| |    *City of Kyle* | | |

---

**FINANCIAL INFORMATION**

| | | | |
|---|---|---|---|
| | **Plaintiff** Tenorio, Erlinda | | |
| | Total Financial Assessment | | 437.00 |
| | Total Payments and Credits | | 437.00 |
| | **Balance Due as of 11/27/2017** | | **0.00** |
| 10/26/2017 | Transaction Assessment | | 435.00 |
| 10/26/2017 | Texfile Electronic Payment  Receipt # 209519-DC | Tenorio, Erlinda | (435.00) |
| 11/14/2017 | Transaction Assessment | | 2.00 |
| 11/14/2017 | Texfile Electronic Payment  Receipt # 210919-DC | Tenorio, Erlinda | (2.00) |

FILED
10/26/2017 12:46 PM
Beverly Crumley
District Clerk
Hays County, Texas

NO. 17-2263

| | | |
|---|---|---|
| ERLINDA TENORIO and ABEL TENORIO | * | IN THE DISTRICT COURT |
| Plaintiffs | * | |
| | * | |
| VS. | * | OF HAYS COUNTY, TEXAS |
| | * | |
| THE CITY OF KYLE, TEXAS and | * | |
| UNION PACIFIC RAILROAD COMPANY, | * | |
| Defendants | * | 207th JUDICIAL DISTRICT |

## PLAINTIFFS' ORIGINAL PETITION AND JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Erlinda Tenorio and Abel Tenorio, Plaintiffs, complaining of the City of Kyle, Texas and Union Pacific Railroad Company, and for causes of action would respectfully show the following:

I.

Discovery herein is intended to be conducted pursuant to Level 3, Rule 190.4, Texas Rules of Civil Procedure.

II.

Venue is proper in Hays County, Texas in that the real property the subject of this suit is situated in Hays County, Texas and Defendant the City of Kyle, Texas is a homerule city situated in Hays County, Texas.

III.

Defendant the City of Kyle, Texas may be served with process by serving its Mayor, Todd Webster at 100 W. Center Street, Kyle, Texas 78640.

Union Pacific Railroad Company may be served with process by serving its registered agent, CT Corporation System, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

IV.

Plaintiffs are the owners of a house and lot located at 101 Tenorio St., Kyle, Texas 78640, move particularly described as Lot 14, Jose Addition, Kyle, Hays County, Texas, ("the subject property"). The subject property is adjacent to property, including storm sewers and drainage ditches, owned and purportedly maintained by the City of Kyle, Texas ("the City"). The property adjacent to the subject property owned by the City is adjacent to property owned and purportedly maintained by Union Pacific Railroad Company("Union Pacific"). All references to the City and Union Pacific include their employees and agents acting within the scope of employment.

Plaintiffs would show that on or about October 30, 2015, the subject property experienced severe flooding that cause Plaintiffs to suffer extreme mental anguish and distress as well as damage to the subject property and Plaintiffs' personal property located therein. Plaintiffs would show that said flooding was the direct and proximate result of Defendants' failure to adequately maintain, using motor driven equipment, tangible personal property, and otherwise, Defendants' respective properties, and the City's failure adequately to engineer a proper drainage system to service the subject property.

V.

Defendants failure adequately to maintain their properties resulted in a trespass upon the subject property and constitutes negligence, gross negligence, an unlawful taking of Plaintiffs' property without just compensation and other causes of action. Defendants' conduct was and is a direct and proximate result of damages suffered by each of the Plaintiffs in amounts far in excess of the minimal jurisdiction limits of this Court, for which Plaintiffs hereby sue. Damages sought by Plaintiffs are in excess of $200,000 but not more than $1,000,000.

## VI.

Plaintiffs would show that Defendants had actual notice of the flooding event giving rise to this suit and that Defendants had actual knowledge of the propensity for the flooding event which occurred due to prior circumstances known to Defendants. Plaintiffs would show further that despite Defendants actual knowledge of the propensity for the flooding of the subject property, Defendants willfully ignored such knowledge and wholly failed to undertake necessary and/or adequate measures to remove or mitigate the propensity for flooding of the subject property, giving rise to Plaintiffs' damages. Further, Plaintiffs' damages arise from the condition of property owned by the City and Union Pacific.

## VII.

In the alternative and in addition to the foregoing, Plaintiffs would show that the City long has neglected the neighborhood in which the subject property is located compared with other areas of the City. Further, the city negligently has allowed and permitted significant development in the area surrounding the subject property, increasing the propensity of flooding in the area, all of which, coupled with the City's failure to maintain its property, was a producing and/or proximate cause of damages suffered by Plaintiffs.

## VIII.

Defendants' conduct was malicious, willful wanton and the type of conduct for which the law allows recovery of exemplary damages, for which Plaintiffs sue to the extent allowed by law, with the amount thereof to be determined by the trier of fact.

IX.

In the alternative and in addition to the foregoing, Plaintiffs hereby seek a declaratory judgment in which the Court determines and delineates the rights of Plaintiffs against Defendants with respect to the facts of this case as well as the responsibilities and duties of Defendants in relation thereto, the liability of Defendants for breaching said duties and responsibilities and the damages to which Plaintiffs are entitled as a result thereof.

X.

Plaintiffs further seek the recovery of all reasonable and necessary attorney's fees and all costs of court incurred in this cause through the trial of this suit and in the event of any and all appeals.

WHEREFORE, Plaintiffs pray that citation issue upon the Defendants and that upon final trial Plaintiffs have and recover of and from Defendants, jointly and severally, all actual damages suffered by Plaintiffs, exemplary damages, to the extent allowed by law, reasonable attorney's fees, prejudgment and post-judgment interest, all costs of Court, and for such other and further relief, both special and general, legal or equitable, to which Plaintiffs may be justly entitled to receive.

Respectfully submitted,

LAW OFFICE OF GARY A. CALABRESE
1301 Nueces Street, Suite 200
Austin, Texas 78701
Telephone: (512) 472-9394
Facsimile: (512) 472-9550
E-mail: gcalabre@prismnet.com

By: _____
Gary A. Calabrese
State Bar Number 03611100
ATTORNEY FOR PLAINTIFFS

## Jury Demand

Plaintiffs hereby make application and demand for a jury trial of this cause and Plaintiffs hereby tender the appropriate jury fee.

CITATION
THE STATE OF TEXAS

CAUSE NO. 17-2263

STYLED: ERLINDA TENORIO AND ABEL TENORIO VS. THE CITY OF KYLE, TEXAS AND UNION PACIFIC RAILROAD COMPANY

TO: UNION PACIFIC RAILROAD COMPANY, UPON WHOM PROCESS MAY BE HAD BY SERVING REGISTERED AGENT; CT CORPORATION SYSTEM, 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201

**NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."**

Attached is a copy of the **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**, which was filed by the **PLAINTIFF**, in the above styled and numbered cause on the **26TH DAY OF OCTOBER, 2017**, in the 207th District Court of Hays County, San Marcos, Texas.

Issued and given under my hand and seal of said Court at San Marcos, Texas on this the 27th day of October, 2017.

REQUESTED BY:
Gary A Calabrese
Law Office of Gary A Calabrese
1301 Nueces Street, Suite 200
Austin, TX 78701
512-472-9394

BEVERLY CRUMLEY
Hays County District Clerk
Hays County Government Center
712 Stagecoach Trail, Ste. 2211
San Marcos, Texas 78666

By: *Christina Cordero*
Christina Cordero, Deputy

**OFFICER'S RETURN**

Came to hand on the ___ day of _____ 20___ at _____ o'clock ___M and executed the ___ day of _____ 20___ by delivering to defendant _____ in person, a true copy of this citation with a copy of the petition attached thereto on ____ day of _____ 20___ at _____ o'clock ___M at _____ in _____ County, Texas.

[ ] Not executed. The diligence used in finding defendant being_____

[ ] Information received as to the whereabouts of defendant being_____

Service Fee:$_____

Sworn to and subscribed before me this the
_____day of_____,_____.

SHERIFF/CONSTABLE/AUTHORIZED PERSON
BY:_____

_____
Printed Name of Server

_____
NOTARY PUBLIC, THE STATE OF TEXAS

_____County, Texas

DEFENDANT'S
COPY

**Exhibit A**
**8 of 8**